CRAIG P. FAGAN, State Bar No. 149556
**LAW OFFICES OF CRAIG P. FAGAN**
4512 4th Street
La Mesa, CA 91941
Telephone: (619) 528-9600
Facsimile:   (619) 528-9675
email: cpfagan@faganlegal.com

Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HAZEM, an Individual, ALYSSA HAZEM, an Individual,<br><br>         Plaintiffs,<br><br>    v.<br><br>CALIFORNIA MOUNTAINBACK, LTD, A California Limited Partnership, and DOES 1 through 10, Inclusive,<br><br>         Defendants | No.  2:20cv04488 DSF (GJSx)<br><br>**STIPULATION FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that plaintiffs ADAM HAZEM and ALYSSA HAZEM may dismiss the above-entitled action with prejudice, all parties to bear their own attorney's fees and costs.

Dated: February 1, 2021                    LEWIS BRISBOIS BISGAARD & SMITH, LLP


                                           By: **/s/Rita Kanno**
                                           Rita Kanno
                                           Attorney for Defendant

Dated: February 1, 2021          LAW OFFICES OF CRAIG P. FAGAN

                                 By: **/s/Craig P. Fagan**
                                 Craig P. Fagan
                                 Attorneys for all Plaintiffs