```
CRAIG P. FAGAN, State Bar No. 149556                    JS-6
LAW OFFICES OF CRAIG P. FAGAN
4512 4th Street
La Mesa, CA 91941
Telephone: (619) 528-9600
Facsimile:  (619) 528-9675
email: cpfagan@faganlegal.com

Attorneys for all Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HAZEM, an Individual, ALYSSA HAZEM, an Individual,<br><br>   Plaintiffs,<br><br>v.<br><br>CALIFORNIA MOUNTAINBACK, LTD, A California Limited Partnership, and DOES 1 through 10, Inclusive,<br><br>   Defendants | No.  2:20cv04488 DSF (GJSx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** [38] |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: February 3, 2021

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Court Judge